1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   JOHN T. MISKO,                          )   Case No.: 1:10-cv-00713-BAM PC
                                             )
12                        Plaintiff,         )   ORDER DISCHARGING ORDER TO SHOW
                                             )   CAUSE (ECF No. 40)
13              v.                           )
                                             )   ORDER GRANTING PLAINTIFF'S MOTION
14   WILLIAM SULLIVAN, et al.,               )   REQUESTING COURT TO ORDER SERVICE OF
                                             )   DEFENDANTS BASED ON NEW
15                        Defendants.        )   INFORMATION (ECF No. 41)
                                             )
16                                           )
                                             )
17   _____        )

18          Plaintiff John T. Misko ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

19   in this civil rights action pursuant to 42 U.S.C. § 1983.  This action now proceeds on Plaintiff's

20   amended complaint filed on December 27, 2010, against Defendants Cleinlin, Priest, Williams and

21   Tate for deliberate indifference in violation of the Eighth Amendment.

22          On December 13, 2011, the Court issued an order directing the United States Marshal to

23   attempt service of process upon Defendants Cleinlin, Priest, Williams, and Tate using the assistance of

24   the CDCR's Department of Legal Affairs. (ECF No. 18.) The Marshal was successful in serving

25   Defendants Priest and Tate, but unsuccessful in serving Defendants Cleinlin and Williams. (ECF Nos.

26   25, 31.) On June 20, 2012, the Court directed the Marshal to serve Defendant Cleinlin with a copy of a

27   document signed by Defendant Cleinlin.  (ECF No. 27.) On November 19, 2012, a copy of the

28   summons for Defendant Cleinlin was returned unexecuted. (ECF No. 29.) On November 21, 2012, the

                                             1

Court issued an order for Plaintiff to provide information to enable service of process upon Defendant Cleinlin. Plaintiff was ordered to respond within thirty days. (ECF No. 30.) Plaintiff failed to respond to the Court's order. On February 1, 2013, a copy of the summons for Defendant Williams was returned unexecuted. (ECF No. 31.)

As Defendants Cleinlin and Williams remained unserved in this action, the Court issued an order on August 27, 2013, directing Plaintiff to show cause why Defendants Cleinlin and Williams should not be dismissed from the action at this time. (ECF No. 40.)

On September 20, 2013, in response to the Court's show cause order, Plaintiff filed a motion requesting that the Court order service of Defendants Cleinlin and Williams based on new information. Plaintiff submitted information identifying Defendant Cleinlin as X. Ceiline, with a physical description, her job position and dates of employment. Plaintiff also identified Defendant Williams by her physical description, job position and dates of employment. (ECF No. 41.)

Based on Plaintiff's response, the order to show cause is HEREBY DISCHARGED and Plaintiff's motion for an order directing service is HEREBY GRANTED. By separate order, the Court will direct the United States Marshal Service to serve Defendants Cleinlin (Ceiline) and Williams based on the new information.

IT IS SO ORDERED.

Dated: __**September 23, 2013**__          ___/s/ *Barbara A. McAuliffe*___
                                          UNITED STATES MAGISTRATE JUDGE