# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. MISKO,<br><br>      Plaintiff,<br><br>    vs.<br><br>WILLIAM SULLIVAN, et al.,<br><br>      Defendants. | 1:10-cv-00713-LJO-BAM PC<br><br>ORDER DIRECTING PARTIES TO FILE STATUS REPORT REGARDING DISCOVERY<br><br>TWENTY-ONE DAY DEADLINE |

      Plaintiff John T. Misko ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Following summary judgment in favor of Defendants Priest and Tate, this action currently proceeds against Defendants Cleinlin and Williams for deliberate indifference in violation of the Eighth Amendment.

      On April 21, 2014, Defendant Williams answered the amended complaint. Defendant Cleinlin has not been served.

      The Discovery and Scheduling Order in this action has expired, including the discovery and dispositive motion deadlines. Although Defendant Williams has recently appeared in this action, Defendant Williams is part of the same series of events previously at issue in this action. Accordingly, the parties are DIRECTED to file a status report within twenty-one (21) days. The

status report shall address what, if any, additional discovery is necessary for the claim against Defendant Williams.  After receipt of the status reports, the Court will issue an amended scheduling order.

IT IS SO ORDERED.

Dated: **April 22, 2014**                         /s/ *Barbara A. McAuliffe*
                                                                           UNITED STATES MAGISTRATE JUDGE