# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. MISKO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM SULLIVAN, et al.,<br><br>　　　　Defendants. | 1:10-cv-00713-LJO-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S DISPOSITIVE MOTION<br><br>(ECF No. 71) |

　　　Plaintiff John T. Misko ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action currently proceeds against Defendant Williams for deliberate indifference in violation of the Eighth Amendment.

　　　On February 20, 2015, the Court extended the dispositive motion deadline to April 24, 2015.  (ECF No. 70.)

　　　On February 23, 2015, Plaintiff filed a dispositive motion.  (ECF No. 71.)  Defendant Williams did not file a response pursuant to Local Rule 230(l).  Accordingly, Defendant Williams is HEREBY ORDERED to file an opposition or statement of non-opposition to Plaintiff's dispositive motion within twenty-one (21) days following service of this order.

IT IS SO ORDERED.

　　Dated:　**April 6, 2015**　　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1