1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN T. MISKO,                                    Case No.  1:10-cv-00713-LJO-BAM PC

12          Plaintiff,

13      v.                                            ORDER REQUIRING PLAINTIFF TO FILE
                                                      OPPOSITION OR STATEMENT OF NON-
14  WILLIAM SULLIVAN, et al.,                         OPPOSITION WITHIN TWENTY-ONE
                                                      DAYS

15          Defendants.                               (ECF No. 73)

16

17  _____/

18          Plaintiff John T. Misko, a state prisoner proceeding pro se and in forma pauperis, filed this

19  civil rights action pursuant to 42 U.S.C. § 1983 on April 23, 2010.  This action proceeds against

20  Defendant Williams for deliberate indifference in violation of the Eighth Amendment to the

21  United States Constitution.

22          On April 24, 2015, Defendant Williams filed a cross-motion for summary judgment.  Fed.

23  R. Civ. P. 56.  Plaintiff was provided with notice of the requirements for opposing a motion for

24  summary judgment.  (ECF No. 73-1.)  Plaintiff's opposition was due on or before May 18, 2015.

25  To date, Plaintiff has not filed an opposition.

26          Pursuant to Local Rule 230(*l*), Plaintiff is HEREBY ORDERED to file an opposition or a

27  ///

28  ///

1   statement of non-opposition to Defendant's motion within **twenty-one (21) days**.  **Plaintiff is**

2   **warned that the failure to comply with this order may result in dismissal of this action, with**

3   **prejudice, for failure to prosecute**.

4   IT IS SO ORDERED.

5

6   Dated:   **May 22, 2015**                    /s/ *Barbara A. McAuliffe*         _

7                                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2